Argued and submitted December 22, 1983, affirmed May 2, 1984

# STATE OF OREGON,
*Respondent,*

*v.*

# KIRK ALLEN PERRY,
*Appellant.*

(C83-03-31156; CA A29106)

680 P2d 392

John Daugirda, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Robert E. Barton, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

Affirmed. *State v. Lerch,* 296 Or 377, 677 P2d 678 (1984).[1]

---

[1] The rule that a confession must be corroborated has been critized; *see State v. Lerch, supra,* 296 Or at 392 n 18; *see also* Comment, 20 UCLA L Rev 1055, 1089 (1973); *Developments in the Law - Confessions,* 79 Harv L Rev 938, 1084 (1966).